UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

In the Matter of:

          CHAPTER 13 PROCEEDING

**RICHARD EUGENE BETRON, JR.**    CASE NUMBER: 13-21773
          HONORABLE DANIEL S. OPPERMAN

    **Debtor**
_____/

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

    NOW COMES Thomas W. McDonald, Jr., Chapter 13 Trustee, and hereby objects to the debtor(s) Chapter 13 Plan as follows:

    1.    The debtor's Chapter 13 plan is not feasible. The funding of the plan is not sufficient to pay claims as filed and there will be no distribution to unsecured creditors.

    2. The debtor proposes a three year plan pursuant to 11 U.S.C. §1325(b)(4)(A)(i).

    3. The debtor is required to have a five year plan since the debtor's current monthly income exceeds the median family income as required by 11 U.S.C. §1325(b)(4)(A)(ii).

    4. To date the debtor has failed to file an Adversary Proceeding to strip off the Class 3 Claim as recited in the plan.

    5. The debtor has failed to provide an explanation/documentation in support of working capital as recited on Schedule J.

    WHEREFORE, the Chapter 13 Trustee prays this Court deny Confirmation of the proposed Chapter 13 Plan.

Dated: August 23, 2013

          /s/Thomas W. McDonald, Jr.
          Thomas W. McDonald, Jr. (P32464)
          Chapter 13 Trustee
          3144 Davenport
          Saginaw, Michigan 48602
          Telephone: (989) 792-6766
          ecf@mcdonald13.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

**In the Matter of:**

                                **CHAPTER 13 PROCEEDING**

**RICHARD EUGENE BETRON, JR.**    **CASE NUMBER: 13-21773**
                                **HONORABLE DANIEL S. OPPERMAN**

      **Debtor.**

_____/

## **CERTIFICATE OF SERVICE OBJECTION TO CONFIRMATION**

      I, the undersigned, do hereby certify that on August 23, 2013, I have electronically filed the foregoing papers with the Clerk of the Court using the ECF systems which will send notification of such filing to the following:

Email: djfsecretary@smithbovill.com

and hereby certify that I have mailed by United States Postal Service the Papers to the following non-ECF participants:

Richard Eugene Betron, Jr.
P.O. Box 97
Twining, MI 48766

                                                          /s/JJ Wooten
                                                          JJ Wooten
                                                          Office of Thomas W. McDonald, Jr.
                                                          Chapter 13 Trustee
                                                          3144 Davenport
                                                          Saginaw, Michigan 48602
                                                          Telephone:  (989) 792-6766
                                                          ecf@mcdonald13.org